UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MCWOODSON,<br>　　　　　Plaintiff,<br>　v.<br>NANCY A. BERRYHILL,<br>　　　　　Defendant. | Case No. 18-cv-06933-SK<br><br>**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Regarding Docket No. 5 |

On November 15, 2018, Plaintiff filed a complaint appealing the denial of social security benefits. Defendant filed an answer on April 15, 2019. Pursuant to the Scheduling Order filed on November 20, 2018, Plaintiff's motion for summary judgment as due within twenty-eight days of Defendant's answer. (Dkt. 5.) This deadline has long since passed. To date, Plaintiff has not yet filed a motion for summary judgment. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this Order to Show Cause by no later than August 30, 2019. If Plaintiff intends to file a motion for summary judgment, he must show good cause for his failure to comply with the Order in this case. Plaintiff is admonished that if he fails to file a response to this Order to Show Cause by August 30, 2019, the Court will dismiss this case without prejudice without further notice to Plaintiff.

**IT IS SO ORDERED**.

Dated: August 14, 2019

_____
SALLIE KIM
United States Magistrate Judge